Tom Young and Si Cruze, *Plaintiffs in Error*, v. The State of Florida, *Defendant in Error*.

### En Banc.

Decision Filed July 30, 1924.

Petition for Rehearing Denied October 9, 1924.

A Writ of Error to the Criminal Court of Record for Orange County, T. Picton Warlow, Judge.

*Alexander Akerman* and *W. A. Pattishall,* for Plaintiffs in Error;

*Rivers Buford,* Attorney General, and *Marvin C. McIntosh,* Assistant, for the State.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argmuent of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

Taylor, C. J., and Whitfield, Ellis, West and Terrell, J. J., concur.

Browne, J., Dissents.